**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Guy Earl Wall
Wall, Bullington & Cook, LLC
540 Elmwood Park Blvd
Harahan LA 70123

**REHEARING ACTION: January 27, 2010**

**Docket Number: 09   00685-CA**

**GULF COAST MINERAL, LLC**
**VERSUS**
**ROBERT GROTHAUS**

**Appealed from Iberia Parish Case No. 113347**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. J. David Painter**
**Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gulf Coast Mineral, LLC** has this day been

**DENIED.**

cc: Joseph Patrick Henican Babington, Counsel for the Appellee
    Cade Aaron Evans, Counsel for the Appellee